NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S3 GRAPHICS CO., LTD. AND S3 GRAPHICS, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1127

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-724.

---

## ON MOTION

---

## ORDER

Upon consideration of Apple Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
   Clark S. Cheney, Esq.
   George A. Riley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2012

JAN HORBALY
CLERK